DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DERRICK EVERETT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1658

_____

December 19, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Lawrence Lefler, Judge.

Derrick Everett, pro se.


PER CURIAM.

   Affirmed.

NORTHCUTT, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.